# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BAJER DESIGN & MARKETING, INC., a Wisconsin corporation,<br>                Plaintiff<br><br>v.<br><br>IDEA NUOVA INC., a New York corporation,<br>                Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 1:07-cv-06303 |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Respectfully submitted:

Date: 20 November 19, 2007        Ryan, Kromholz & Manion, S.C.

                                  By:    s/Joseph A. Kromholz

                                       Joseph A. Kromholz<br>
                                       RYAN KROMHOLZ & MANION, S.C.<br>
                                       P. O. Box 26618<br>
                                       Milwaukee, Wisconsin 53226-0618<br>
                                       Telephone: (262) 783-1300

                                       Attorneys for Plaintiff<br>
                                       Bajer Design & Marketing, Inc.

Date: 20 November 2007

                                       LOCAL COUNSEL

                              By:    s/Stephen Scallan

                                       Stephen Scallan<br>
                                       Staes & Scallan, P.C.<br>
                                       111 W. Washington Street<br>
                                       Suite 1631<br>
                                       Chicago, IL 60602

                                       Attorneys for Plaintiff-Bajer Design & Marketing